# Supreme Court of Florida

THURSDAY, OCTOBER 5, 2023

Christian Cruz,
   Appellant(s)

v.

State of Florida,
   Appellee(s)

**SC2021-1767**

Lower Tribunal No(s).:
642013CF102943XXXADL

Appellant's "Motion for Rehearing" is hereby denied.

MUÑIZ, C.J., and CANADY, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.
LABARGA, J., dissents with an opinion.
SASSO, J., did not participate.

LABARGA, J., dissenting.

Given my fundamental disagreement with the majority's view that the conformity clause prohibits proportionality review in death penalty cases, I dissented to the majority's decision to expressly disavow relative proportionality review in *Cruz v. State*, 48 Fla. L. Weekly S140 (Fla. July 6, 2023).

As such, I would vote to grant rehearing.

**CASE NO.: SC2021-1767**
Page Two

A True Copy
Test:



SC2021-1767  10/5/2023

John A. Tomasino
Clerk, Supreme Court

SC2021-1767  10/5/2023

SO

Served:

CapAppeals Attorney General TLH
Volusia Clerk
Patrick Albert Bobek
Jose Rafael Rodriguez